tial federal question.

No. 75–5342. MATTHEWS *v.* KAVOUKLIS ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–372. O'DONNELL ET AL. *v.* ANTIN ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 75–5252. LEE ET UX. *v.* CHILD CARE SERVICE DELAWARE COUNTY INSTITUTION DISTRICT ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 75–5169. BREAUX *v.* UNITED STATES; and
No. 75–5223. HARP *v.* UNITED STATES. C. A. 5th Cir. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and cases remanded for further consideration in light of *United States* v. *Hale,* 422 U. S. 171 (1975). Reported below: 513 F. 2d 786.

No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Report of Special Master received and ordered filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. [For earlier orders herein, see, *e. g.,* 419 U. S. 814.]

No. A–323. INTERNAL REVENUE SERVICE *v.* FRUEHAUF CORP. ET AL. C. A. 6th Cir. Motion to vacate stay heretofore granted by MR. JUSTICE STEWART on October 9, 1975, denied.